FILED

OCT 15 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adrian Melgoza, | NO. C 06-04861 EJD |
| Petitioner, | **JUDGMENT** |
| v. | |
| Richard Kirkland, | |
| Respondent. | |

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent Warden Richard Kirkland against Petitioner Adrian Melgoza. A certificate of appealability will not be issued.

The Clerk shall close this file.

Dated: 10/12/12

EDWARD J. DAVILA
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Gregory A. Ott gregory.ott@doj.ca.gov
Jonathan David Soglin jsoglin@fdap.org

Dated: Oct. 15 2012

Richard W. Wieking, Clerk

By: _____
Elizabeth Garcia
Courtroom Deputy